Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50185 | **DATE** | 6/9/2005 |
| **CASE TITLE** | Jackson vs. Boys and Girls Club of America, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' 5/6/05 Motion to Compel/Strike to Defendant Boys and Girls Club of America is granted in part and denied in part. Defendant shall produce within twenty-one days of receipt of this Order: (1) materials responsive to Requests 8, 27, 31, and Interrogatory 8 (limited to 2002 through the present), and (2) a privilege log if one has not been previously produced. Plaintiffs' Motion compelling any further production is denied.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|